**No. 41946.**—Protest 177943–G of S. Shawiry (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41947.**—Protest 477219–G of American Express Co. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41948.**—Protest 492006–G of Salem Shawiry (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

BEFORE THE SECOND DIVISION, AUGUST 17, 1939

**No. 41949.**—Petition 5861–R of Blefeld & Goodfriend, Inc. (New York).

Opinion by TILSON, J. It appeared that this entry was made for the purpose of bringing a test case whereby the proper dutiable value of the merchandise would be established and settled. It was found that there was no intention to defraud the revenue, conceal or misrepresent the facts, or to deceive the appraiser. The petition was therefore granted.

**No. 41950.**—Petition 5853–R of A. Cohen & Sons Corp. (New York).

Opinion by TILSON, J. The broken stoppers together with their respective bottles were returned to the manufacturer for the purpose of repair and there was an understanding between the importer and the appraiser's office that these bottles might be reimported into the United States upon payment of duty on the value of the repairs only. The importer was forced to pay duty on the full value of the repaired merchandise rather than the value of the repairs only. The record established the good faith of the importer and the petition was granted.